## VERIFICATION

I, Sean Devers am a plaintiff in the within action. I have reviewed the allegations made in this shareholder derivative complaint, know the contents thereof, and authorize its filing. To those allegations of which I have personal knowledge, I believe those allegations to be true. As to those allegations of which I do not have personal knowledge, I rely upon my counsel and their investigation and believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __th day of 5/26/2020 , 2020.

*/s/ Sean Devers*
DocuSigned by: 86C169B47717491...
Sean Devers